UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- X
THOMAS CASTELLANO and LESLIE CASTELLANO,
on behalf of themselves and all others similarly situated,   CIVIL DOCKET NUMBER:
                                                             2:10-CV-05898 (JFB) (WDW)
                    Plaintiff(s),

        v.                                                   **CERTIFICATE OF**
                                                             **COMPLIANCE**
GLOBAL CREDIT & COLLECTION CORP., ET AL

                    Defendant(s).

---------------------------------------- X

I, Jill E. Alward, certify that on May 11, 2012, defendant, Global Credit & Collection Corp. served all documents required under 28 U.S.C. § 1715(b) on each Attorney General or other Appropriate State Official in each state in which a class member resides

by placing a copy of all documents required under 28 U.S.C. § 1715(b)(1) through 28 U.S.C. § 1715(b)(8) thereof for delivery via U.S. Mail in a separate envelopes.

*In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of June, 2012, at New York, New York.*

                                            _____
                                            Jill E. Alward
                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER, LLP
                                            150 East 42nd Street
                                            New York, NY 10017
                                            Tel: (212) 490-3000
                                            Fax: (212) 490-3038
                                            File No.: 11708.00006

                *One of the attorneys for Defendant, Global Credit & Collection Corp.*

1

4995793v.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William F. Horn, Esq.
Law Office of William F. Horn
188-01B 71st Cresent
Fresh Meadows, NY 11365

Robert L. Arleo, Esq.
Law Office of Robert L. Arleo
164 Sunset Park Road
Haines Falls, NY 12436

Jill E. Alward